# EXHIBIT 3

**SYNKLOUD TECHNOLOGIES, LLC'S INFRINGEMENT ANALYSIS**

**Infringement Analysis of U.S. Patent Nos. 9,480,836 by SHEnB Co. Ltd. and/or Cartessa Aesthetics, LLC**

**(Based on Public Information Only)**

SynKloud Technologies, LLC ("SynKloud") provides this preliminary and exemplary infringement analysis with respect to infringement of U.S. Patent No. 9,480,836, entitled "Skin Treatment Apparatus and Method" (hereinafter "the '836 patent") by SHEnB Co. Ltd. ("SHEnB") and/or Cartessa Aesthetics, LLC ("Cartessa"). The following chart illustrates an exemplary analysis regarding infringement by Cartessa's radio frequency microneedling products, including, but not limited to Vivace (the "Accused Instrumentalities").

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as neither SHEnB nor Cartessa have provided any non-public information.

Unless otherwise noted, SynKloud contends that SHEnB and/or Cartessa directly infringes the '836 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, SynKloud further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections.

Unless otherwise noted, SynKloud believes and contends that each element of each claim asserted herein is literally met through SHEnB and/or Cartessa's provision of the Accused Instrumentalities. However, to the extent that SHEnB and/or Cartessa attempt to allege that any asserted claim element is not literally met, SynKloud believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, SynKloud did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically-identified Accused Instrumentalities, SynKloud asserts that, on information and belief, any similarly-functioning instrumentalities also infringe the charted claims. SynKloud notes that the present claim chart and analysis are necessarily preliminary in that SynKloud has not obtained substantial discovery from SHEnB and/or Cartessa nor has SHEnB and/or Cartessa disclosed any detailed analysis for their non-infringement positions, if any. Further, SynKloud does not have the benefit of claim construction or expert discovery. SynKloud reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by SynKloud, including but not limited to information adduced through information exchanges between the parties, fact discovery, claim construction, expert discovery, and/or further analysis.

| Claim 1 | Vivace |
|---|---|
| 1. A skin treatment apparatus, comprising: | The Vivace Fractional Microneedle RF ("Vivace") device manufactured by SHEnB and sold by Cartessa comprises skin treatment apparatus.<br><br><br><br>Source: www.vivaceexperience.com (accessed 7/26/2021)<br>The Vivace device is an apparatus effective in skin treatment such as alleviating facial wrinkles, fine lines, and tightening and toning the face and neck, which pertains to dermatological tissues. |
| a plurality of electrodes, the electrodes being bipolar and | The Vivace device comprises a plurality of electrodes, the electrodes being bipolar and configured to be insertable into skin to be treated. |

| configured to be insertable into skin to be treated; and | The Vivace device comprises a plurality of electrodes.  Source:  https://ls-aesthetics.com/products/vivace/ (accessed 7/26/2021) <br><br> The microneedle electrodes are bipolar and are configured to be inserted into the skin. |



Source:  https://www.youtube.com/watch?v=Qa4x9HKIk4M at 0:34, 1:13 (accessed 7/27/2021)

Since Micro-needle are insulated except the edge part (0.3mm) Micro-needle of electrodes of Vivace deliver RF bi-polar energy directly into the dermis without causing damage to the epidermis. Minimally invasive RF thermal energy produces fractional electrocoagulation in the dermis, thus boosts a natural Wound Healing Process. WHM promotes the remodeling of collagen, elastin and wound tightening, which enhances skin rejuvenation.

Source:  http://www.lesprittrading.com/product-vivace.html (accessed 7/27/2021)

Source:  https://www.youtube.com/watch?v=Qa4x9HKIk4M at 1:03-1:05 (accessed 7/27/2021)

| a radio frequency (RF) generation module, the RF generation module electrically coupled to the plurality of electrodes and configured to provide an Alternating Current (AC) RF signal to the plurality of electrodes configured to cause coagulation around each electrode rather than coagulating between the electrodes. | The Vivace device comprises a radio frequency (RF) generation module, the RF generation module electrically coupled to the plurality of electrodes and configured to provide an Alternating Current (AC) RF signal to the plurality of electrodes configured to cause coagulation around each electrode rather than coagulating between the electrodes.  **VIVACE SPECIFICATIONS** <br><br> Model Name — VIVACE <br> Power Input — 100/230VAC 50/60Hz <br> Electric Power Consumption — 40VA <br> Dimensions — 380 (W) x 1140(H) x 340(L) mm <br> Weight — 27kg <br> Output Frequency — 1MHz/MHz (High Frequency) <br> Output Power Control — PWM <br> Interface — 10.4inch LCD Touch Screen <br><br> Source:  http://www.lesprittrading.com/pdf/Vivace-Brochure.pdf (accessed 7/27/2021) |
|---|---|

The Vivace device is configured to to cause coagulation around each electrode rather than coagulating between the electrodes.



Source:  http://www.lesprittrading.com/product-vivace.html (accessed 7/27/2021)

| Claim 2 | Vivace |
|---|---|
| 2.  The skin treatment apparatus of claim 1, wherein the RF generation module is configured to provide an AC RF signal to the plurality of electrodes for a predetermined time interval. | The Vivace device comprises the skin treatment apparatus of claim 1, wherein the RF generation module is configured to provide an AC RF signal to the plurality of electrodes for a predetermined time interval.<br><br><br><br>Source:  http://www.lesprittrading.com/pdf/Vivace-Brochure.pdf (accessed 7/27/2021) |



Source:  http://www.shenb.com/sub/product/product.asp?idx=264 (accessed 7/26/2021)

| Claim 3 | Vivace |
|---|---|
| 3. The skin treatment apparatus of claim 2, wherein the predetermined time interval is from 0.05 to 0.8 seconds. | The Vivace device comprises the skin treatment apparatus of claim 2, wherein the predetermined time interval is from 0.05 to 0.8 seconds.<br><br><br><br>Source:  http://www.shenb.com/sub/product/product.asp?idx=264 (accessed 7/26/2021) |

| Claim 4 | Vivace |
|---|---|
| 4.  The skin treatment apparatus of claim 2, wherein each electrode of the plurality has a length sufficient to reach skin dermis when inserted into skin and the predetermined time interval is from 0.05 to 0.8 seconds. | The Vivace device comprises the skin treatment apparatus of claim 2, wherein each electrode of the plurality has a length sufficient to reach skin dermis when inserted into skin and the predetermined time interval is from 0.05 to 0.8 seconds.<br><br> |

## Operational Modes

| | |
|---|---|
| LCD touch screen: 10.4 inch | • Dual Mode : 1MHz & 2MHz |
| Memory function : P1 ~ P4 | • Red & Blue LED Diode |
| RF power level : 1 ~ 10 (30w - 70w) | • Auto mode function |
| Needle length : 0.5mm ~ 3.5mm Needle length control from 0.5mm to 3.5mm by 0.1mm | • Dual switch by Hand & Foot |
| Duration time : 100ms ~ 800ms by 100ms | |

Source:  http://www.shenb.com/sub/product/product.asp?idx=264 (accessed 7/26/2021)

| Claim 6 | Vivace |
|---|---|
| 6.  The skin treatment apparatus of claim 4, wherein a section of each electrode of the plurality of electrodes is non-insulated. | The Vivace device comprises the skin treatment apparatus of claim 4, wherein a section of each electrode of the plurality of electrodes is non-insulated.<br><br>**ACCESSORY INTRODUCTION**<br><br>• 36 gold coated micro-needles - Insulated and Non-Insulated<br>• Needle Depth: 0.5 mm – 3.5 mm<br>• Step-Motor System<br>• User-friendly ergonomic & lighter applicator<br>• Touch Screen<br>• Save Programs<br>• Hand & Foot Dual Switch<br>• Level 1-9/Depth 0.5-3.5mm<br><br>Source:  http://www.lesprittrading.com/product-vivace.html (accessed 7/27/2021)<br><br><br><br>Source:  http://www.lesprittrading.com/pdf/Vivace-Brochure.pdf (accessed 7/27/2021) |

| Claim 7 | Vivace |
|---|---|
| 7. The skin treatment apparatus of claim 2, wherein the predetermined time interval is from 0.05 to 0.8 seconds and the RF is about 2.0 MHz. | The Vivace device comprises the skin treatment apparatus of claim 2, wherein the predetermined time interval is from 0.05 to 0.8 seconds and the RF is about 2.0 MHz.  Source:  http://www.shenb.com/sub/product/product.asp?idx=264 (accessed 7/26/2021) |

| Claim 8 | Vivace |
|---|---|
| 8.  The skin treatment apparatus of claim 1, wherein the RF is about 2.0 MHz and the coagulated area around each electrodes is oval shaped. | The Vivace device comprises the skin treatment apparatus of claim 1, wherein the RF is about 2.0 MHz and the coagulated area around each electrodes is oval shaped.<br><br><br><br>Source:  http://www.shenb.com/sub/product/product.asp?idx=264 (accessed 7/26/2021) |



Source: http://www.lesprittrading.com/product-vivace.html (accessed 7/27/2021)

| Claim 9 | Vivace |
|---|---|
| 9.  The skin treatment apparatus of claim 1, wherein the electrodes are needles and have a diameter from 0.25 mm to 0.3 mm. | The Vivace device comprises the skin treatment apparatus of claim 1, wherein the electrodes are needles and have a diameter from 0.25 mm to 0.3 mm.<br><br><br><br>Source:  https://www.youtube.com/watch?v=Qa4x9HKIk4M at 0:33-0:36 (accessed 7/27/2021) |

| Claim 12 | Vivace |
|---|---|
| 12.  The skin treatment apparatus of claim 1, wherein the plurality of electrodes are non-insulated. | The Vivace device comprises the skin treatment apparatus of claim 1, wherein the plurality of electrodes are non-insulated.<br><br>**ACCESSORY INTRODUCTION**<br><br>• 36 gold coated micro-needles - Insulated and Non-Insulated<br>• Needle Depth: 0.5 mm – 3.5 mm<br>• Step-Motor System<br>• User-friendly ergonomic & lighter applicator<br>• Touch Screen<br>• Save Programs<br>• Hand & Foot Dual Switch<br>• Level 1-9/Depth 0.5-3.5mm<br><br>Source:  http://www.lesprittrading.com/product-vivace.html (accessed 7/27/2021)<br><br>2. Two Types of Microneedle<br><br>Source:  http://www.lesprittrading.com/pdf/Vivace-Brochure.pdf (accessed 7/27/2021) |

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner.  Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.