# EXHIBIT 5

**Infringement Analysis of U.S. Patent Nos. 10,058,379 by SHEnB Co. Ltd. and/or Cartessa Aesthetics, LLC**

**(Based on Public Information Only)**

SynKloud Technologies, LLC ("SynKloud") provides this preliminary and exemplary infringement analysis with respect to infringement of U.S. Patent No. 10,058,379, entitled "Electrically Based Medical Treatment Device and Method" (hereinafter "the '379 patent") by SHEnB Co. Ltd. ("SHEnB") and/or Cartessa Aesthetics, LLC ("Cartessa"). The following chart illustrates an exemplary analysis regarding infringement by Cartessa's radio frequency microneedling products, including, but not limited to Vivace (the "Accused Instrumentalities").

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as neither SHEnB nor Cartessa have provided any non-public information.

Unless otherwise noted, SynKloud contends that SHEnB and/or Cartessa directly infringes the '379 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, SynKloud further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections.

Unless otherwise noted, SynKloud believes and contends that each element of each claim asserted herein is literally met through SHEnB and/or Cartessa's provision of the Accused Instrumentalities. However, to the extent that SHEnB and/or Cartessa attempt to allege that any asserted claim element is not literally met, SynKloud believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, SynKloud did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically-identified Accused Instrumentalities, SynKloud asserts that, on information and belief, any similarly-functioning instrumentalities also infringe the charted claims. SynKloud notes that the present claim chart and analysis are necessarily preliminary in that SynKloud has not obtained substantial discovery from SHEnB and/or Cartessa nor has SHEnB and/or Cartessa disclosed any detailed analysis for their non-infringement positions, if any. Further, SynKloud does not have the benefit of claim construction or expert discovery. SynKloud reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by SynKloud, including but not limited to information adduced through information exchanges between the parties, fact discovery, claim construction, expert discovery, and/or further analysis.

<table>
<tr><th>Claim 1</th><th>Vivace</th></tr>
<tr><td>1. A mammalian body treatment apparatus, comprising:</td><td>The Vivace Fractional Microneedle RF ("Vivace") device manufactured by SHEnB and sold by Cartessa comprises a mammalian body treatment apparatus.<br><br>

<br>Source: www.vivaceexperience.com (accessed 7/26/2021)<br><br>The Vivace device is FDA approved for treatment of humans (mammals).</td></tr>
</table>

| | |
|---|---|
| | **VIVACE SPECIFICATIONS**<br>• Program Sets: 4 Saved Treatment Programs<br>• RF power level: 1 – 10 (30w – 70w) Free Adjustment<br>• RF Time: 100 ms – 800 ms<br>• Frequency: Dual Mode: 1MHz & 2MHz (High Frequency)<br>• LED Diode: Red & Blue<br>• Screen Interface: 10.4 inch LCD Touch Screen<br>• Screen Dimensions: 1140H × 380W × 340L mm<br>• Weight: 27 Kg<br>• US FDA 510K Cleared KFDA CE (MDD) Certified<br>Source: http://www.lesprittrading.com/product-vivace.html (accessed 7/27/2021) |
| a plurality of electrodes, the electrodes being bipolar and configured to be insertable into a body segment skin to be treated; and | The Vivace device comprises a plurality of electrodes, the electrodes being bipolar and configured to be insertable into a body segment skin to be treated.<br><br>The Vivace device comprises a plurality of electrodes. |



Source: https://ls-aesthetics.com/products/vivace/ (accessed 7/26/2021)

The microneedle electrodes are bipolar and are configured to be inserted into the skin.



Source: https://www.youtube.com/watch?v=Qa4x9HKIk4M at 0:34, 1:13 (accessed 7/27/2021)

> Since Micro-needle are insulated except the edge part (0.3mm) Micro-needle of electrodes of Vivace deliver RF bi-polar energy directly into the dermis without causing damage to the epidermis. Minimally invasive RF thermal energy produces fractional electrocoagulation in the dermis, thus boosts a natural Wound Healing Process. WHM promotes the remodeling of collagen, elastin and wound tightening, which enhances skin rejuvenation.

Source: http://www.lesprittrading.com/product-vivace.html (accessed 7/27/2021)

Source: https://www.youtube.com/watch?v=Qa4x9HKIk4M at 1:03-1:05 (accessed 7/27/2021)

<table>
<tr>
<td>a radio frequency (RF) generation module, the RF generation module electrically coupled to the plurality of electrodes and configured to provide an RF signal with oscillating current to the plurality of electrodes around each electrode rather than to body segment between electrodes.</td>
<td>The Vivace device comprises a radio frequency (RF) generation module, the RF generation module electrically coupled to the plurality of electrodes and configured to provide an RF signal with oscillating current to the plurality of electrodes around each electrode rather than to body segment between electrodes.<br><br><br>Source: http://www.lesprittrading.com/pdf/Vivace-Brochure.pdf (accessed 7/27/2021)</td>
</tr>
</table>

| | |
|---|---|
| | **DISTINCTION OF VIVACE**<br>• Micro-needle electrodes deliver RF energy directly into the dermis. Thermal injury induces the production of new collagen and elastin.<br>• Minimally invasive dermal volumetric rejuvenation system with less pain and downtime and quick results<br>• Special golden and partly insulated micro-needle target the dermis without epidermal injury<br>• Precise 1MHz/2MHz RF makes dramatic effect<br>• Softly inserting micro-needling memory motor reduce pain and adverse effect<br>• Well designed per-programmed controls for the various skin conditions, with Save Program for easy use<br>• Red and Blue Light emitting diode (LED) lights help skin activity and acne improvement<br>• User friendly and safe Single use cartridge<br>Source: http://www.lesprittrading.com/product-vivace.html (accessed 7/27/2021) |

| | |
|---|---|
| | The Vivace device is configured to to cause coagulation around each electrode rather than coagulating between the electrodes.<br><br>0.3mm<br><br>Insulated - RF effect in dermis only, indicated for Skin Tightening<br><br>Non - Insulated - RF effect in epidermis and dermis, indicated for Scar & Pore Reduction<br><br>Source: http://www.lesprittrading.com/product-vivace.html (accessed 7/27/2021) |

<table>
<tr><th>Claim 2</th><th>Vivace</th></tr>
<tr>
<td>2. The mammalian body treatment apparatus of claim 1, wherein the RF generation module is configured to provide an RF signal to the plurality of electrodes for a predetermined time interval.</td>
<td>The Vivace device comprises the mammalian body treatment apparatus of claim 1, wherein the RF generation module is configured to provide an RF signal to the plurality of electrodes for a predetermined time interval.<br><br>
VIVACE SPECIFICATIONS
<table>
<tr><td>Model Name</td><td>VIVACE</td></tr>
<tr><td>Power Input</td><td>100/230VAC 50/60Hz</td></tr>
<tr><td>Electric Power Consumption</td><td>40VA</td></tr>
<tr><td>Dimensions</td><td>380 (W) x 1140(H) x 340(L) mm</td></tr>
<tr><td>Weight</td><td>27kg</td></tr>
<tr><td>Output Frequency</td><td>1MHz/MHz (High Frequency)</td></tr>
<tr><td>Output Power Control</td><td>PWM</td></tr>
<tr><td>Interface</td><td>10.4inch LCD Touch Screen</td></tr>
</table>
<br>Source: http://www.lesprittrading.com/pdf/Vivace-Brochure.pdf (accessed 7/27/2021)</td>
</tr>
</table>

Source: [http://www.shenb.com/sub/product/product.asp?idx=264](http://www.shenb.com/sub/product/product.asp?idx=264) (accessed 7/26/2021)

| Claim 3 | Vivace |
|---|---|
| 3. The mammalian body treatment apparatus of claim 1, further comprising a drive module to controllably move one or more of the plurality of electrodes into a body segment. | The Vivace device comprises the mammalian body treatment apparatus of claim 1, further comprising a drive module to controllably move one or more of the plurality of electrodes into a body segment.<br><br>Source: [http://www.shenb.com/sub/product/product.asp?idx=264](http://www.shenb.com/sub/product/product.asp?idx=264) (accessed 7/26/2021) |

| | VIVACE Distinction<br>▪ Minimally invasive dermal volumetric skin remodelling system<br>▪ Golden plated microneedle<br>▪ Dual RF energy with 1MHz and 2MHz for treatment efficacy of the results<br>▪ Step motor driven microneedling allows less pain and less adverse effects<br>▪ RED & BLUE LED deployed for skin rejuvenation and acne treatment respectively<br>▪ Dual operation switch mode for Hand or Foot<br>▪ Microneedle depth controls from 0.5 to 3.5 mm by 0.1 mm<br>Source: http://www.lesprittrading.com/pdf/Vivace-Brochure.pdf (accessed 7/27/2021) |
|---|---|

| Claim 4 | Vivace |
|---|---|
| 4. The mammalian body treatment apparatus of claim 2[[3]], further comprising a user interface to enable a user to select the depths that the drive module controllably moves one or more of the plurality of electrodes into a body segment to receive energy. | The Vivace device comprises the mammalian body treatment apparatus of claim 2[[3]], further comprising a user interface to enable a user to select the depths that the drive module controllably moves one or more of the plurality of electrodes into a body segment to receive energy.  |

| | Operational Modes<br><br>LCD touch screen: 10.4 inch · Dual Mode : 1MHz & 2MHz<br>Memory function : P1 ~ P4 · Red & Blue LED Diode<br>RF power level : 1 ~ 10 (30w - 70w) · Auto mode function<br>Needle length : 0.5mm ~ 3.5mm Needle length control from 0.5mm to 3.5mm by 0.1mm · Dual switch by Hand & Foot<br>Duration time : 100ms ~ 800ms by 100ms<br><br>Source: http://www.shenb.com/sub/product/product.asp?idx=264 (accessed 7/26/2021) |
|---|---|

| Claim 6 | Vivace |
|---|---|
| 6. The mammalian body treatment apparatus of claim 1, wherein the RF is about 2.0 MHz and the section of the body segment around each electrodes where energy is applied is oval shaped. | The Vivace device comprises the mammalian body treatment apparatus of claim 1, wherein the RF is about 2.0 MHz and the section of the body segment around each electrodes where energy is applied is oval shaped. |



Source: http://www.shenb.com/sub/product/product.asp?idx=264 (accessed 7/26/2021)

Source: http://www.lesprittrading.com/product-vivace.html (accessed 7/27/2021)

| Claim 8 | Vivace |
|---|---|
| 8. The mammalian body treatment apparatus of claim 1, wherein the plurality of electrodes are non-insulated. | The Vivace device comprises the mammalian body treatment apparatus of claim 1, wherein the plurality of electrodes are non-insulated.<br><br><br>Source: http://www.lesprittrading.com/product-vivace.html (accessed 7/27/2021)<br><br>Source: http://www.lesprittrading.com/pdf/Vivace-Brochure.pdf (accessed 7/27/2021) |

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.