# EXHIBIT 6

**SYNKLOUD TECHNOLOGIES, LLC'S INFRINGEMENT ANALYSIS**

**Infringement Analysis of U.S. Patent Nos. 10,869,812 by SHEnB Co. Ltd. and/or Cartessa Aesthetics, LLC**

**(Based on Public Information Only)**

SynKloud Technologies, LLC ("SynKloud") provides this preliminary and exemplary infringement analysis with respect to infringement of U.S. Patent No. 10,869,812, entitled "Method, System, and Apparatus for Dermatalogical Treatment" (hereinafter "the '812 patent") by SHEnB Co. Ltd. ("SHEnB") and/or Cartessa Aesthetics, LLC ("Cartessa"). The following chart illustrates an exemplary analysis regarding infringement by Cartessa's radio frequency microneedling products, including, but not limited to Vivace and VirtueRF (collectively, the "Accused Instrumentalities").

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as neither SHEnB nor Cartessa have provided any non-public information.

Unless otherwise noted, SynKloud contends that SHEnB and/or Cartessa directly infringes the '812 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, SynKloud further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections.

Unless otherwise noted, SynKloud believes and contends that each element of each claim asserted herein is literally met through SHEnB and/or Cartessa's provision of the Accused Instrumentalities. However, to the extent that SHEnB and/or Cartessa attempt to allege that any asserted claim element is not literally met, SynKloud believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, SynKloud did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically-identified Accused Instrumentalities, SynKloud asserts that, on information and belief, any similarly-functioning instrumentalities also infringe the charted claims. SynKloud notes that the present claim chart and analysis are necessarily preliminary in that SynKloud has not obtained substantial discovery from SHEnB and/or Cartessa nor has SHEnB and/or Cartessa disclosed any detailed analysis for their non-infringement positions, if any. Further, SynKloud does not have the benefit of claim construction or expert discovery. SynKloud reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by SynKloud, including but not limited to information adduced through information exchanges between the parties, fact discovery, claim construction, expert discovery, and/or further analysis.

| Claim 12 | Vivace |
|---|---|
| 12.  An apparatus for treating dermatological tissue, comprising: | The Vivace Fractional Microneedle RF ("Vivace") device manufactured by SHEnB and sold by Cartessa comprises an apparatus for treating dermatological tissue.<br><br><br><br>Source: www.vivaceexperience.com (accessed 7/26/2021)<br>The Vivace device is an apparatus effective in skin treatment such as alleviating facial wrinkles, fine lines, and tightening and toning the face and neck, which pertains to dermatological tissues. |
| a user holdable device including a proximal end and a releasably | The Vivace device comprises a user holdable device including a proximal end and a releasably couplable deployable needle module. |

| | |
|---|---|
| couplable deployable needle module, | <br><br>Source: http://www.shenb.com/sub/product/product.asp?idx=264 (accessed 7/26/2021)<br><br>The needle assembly (tip) is releasably coupled to the handpiece. |
| the releasably couplable deployable needle module mechanically separatably from the user holdable device proximal end and | The Vivace device comprises a releasably couplable deployable needle module mechanically separatably from the user holdable device proximal end. |



Source: http://www.shenb.com/sub/product/product.asp?idx=264 (accessed 7/26/2021)

Mechanically separable from handpiece

Source: Internal analysis

| including a needle assembly including a plurality of needles, | The Vivace device comprises a needle assembly including a plurality of needles. |
| --- | --- |



Source:  https://www.youtube.com/watch?v=Qa4x9HKIk4M at 0:34 (accessed 7/27/2021)

Source:  Internal analysis

| the needle assembly movable within the releasably couplable deployable needle module to extend the plurality of needles from the releasably couplable deployable needle assembly end surface | The Vivace device comprises a needle assembly movable within the releasably couplable deployable needle module to extend the plurality of needles from the releasably couplable deployable needle assembly end surface. |

|  | |
|---|---|
|  | Source:  https://www.youtube.com/watch?v=Qa4x9HKIk4M at 0:24-0:26 (accessed 7/27/2021) |
| while at least one electrical contact of the needle assembly remains electrically coupled to at least one electrical contact of the user holdable device proximal end. | The Vivace device comprises at least one electrical contact of the needle assembly remains electrically coupled to at least one electrical contact of the user holdable device proximal end.  Source:  Internal analysis |



Source:  https://www.vivaceexperience.com/vivace-direct-may-28th/ (accessed 7/27/2021)

| Claim 13 | Vivace |
|---|---|
| 13.  The apparatus of claim 12, further including a motor coupled to the needle assembly to extend the plurality of needles a desired distance from the releasably couplable deployable needle assembly end surface when the motor is energized with a particular signal. | The Vivace device comprises the apparatus of claim 12, further including a motor coupled to the needle assembly to extend the plurality of needles a desired distance from the releasably couplable deployable needle assembly end surface when the motor is energized with a particular signal.<br><br><br><br>Source:  https://www.vivaceexperience.com/ and https://ls-aesthetics.com/products/vivace/ (accessed 7/26/2021)<br><br>Source:  http://www.shenb.com/sub/product/product.asp?idx=264 (accessed 7/26/2021) |

| Claim 14 | Vivace |
|---|---|
| 14. The apparatus of claim 13, further including a signal generator electrically coupled to the user holdable device proximal end to energize the plurality of needles. | The Vivace device comprises the apparatus of claim 13, further including a signal generator electrically coupled to the user holdable device proximal end to energize the plurality of needles.<br><br><br>Source: Internal analysis<br><br><br>Source: https://ls-aesthetics.com/downloads/(Lifestyle%20Aesthetics)%20Vivace.pdf (accessed 7/26/2021) |

| Claim 15 | Vivace |
|---|---|
| 15. The apparatus of claim 14, wherein the user holdable device proximal end includes an electrical connector couplable to the signal generator. | The Vivace device comprises the apparatus of claim 14, wherein the user holdable device proximal end includes an electrical connector couplable to the signal generator.<br><br><br><br>Source: Internal analysis<br><br>Source: https://ls-aesthetics.com/downloads/(Lifestyle%20Aesthetics)%20Vivace.pdf (accessed 7/26/2021) |

| Claim 17 | Vivace |
|---|---|
| 17. The apparatus of claim 12, wherein the user holdable device proximal end further includes at least one embedded LED therein and the apparatus further including a photonic signal generator electrically coupled to the least one embedded LED, the at least one embedded LED capable of illuminating the needle assembly when energized. | The Vivace device comprises the apparatus of claim 12, wherein the user holdable device proximal end further includes at least one embedded LED therein and the apparatus further including a photonic signal generator electrically coupled to the least one embedded LED, the at least one embedded LED capable of illuminating the needle assembly when energized.<br><br><br><br>Source:  https://www.vivaceexperience.com/ and https://ls-aesthetics.com/products/vivace/ (accessed 7/26/2021) |

11 of 22

| Claim 18 | VirtueRF |
|---|---|
| 18.  The apparatus of claim 12, wherein one of the at least one electrical contacts includes a pin that is extendable in the same direction as the plurality of needles. | The Vivace device comprises the apparatus of claim 12, wherein one of the at least one electrical contacts includes a pin that is extendable in the same direction as the plurality of needles.<br><br><br><br>The pins (circled in black) are extendable in the same direction as the plurality of needles.<br><br>Source:  Internal analysis |

| Claim 12 | VirtueRF |
|---|---|
| 12.  An apparatus for treating dermatological tissue, comprising: | The VirtueRF device manufactured by SHEnB and sold by Cartessa comprises an apparatus for treating dermatological tissue.<br><br><br><br>Source:  https://virtuerf.com/learn/ (accessed 7/27/2021) |
| a user holdable device including a proximal end and a releasably couplable deployable needle module, | The VirtueRF device comprises a user holdable device including a proximal end and a releasably couplable deployable needle module. |



Source:  https://www.cartessaaesthetics.com/virtuerf (accessed 7/27/2021)

Source:  https://www.cartessaaesthetics.com/virtuerf (accessed 7/27/2021

| the releasably couplable deployable needle module mechanically separatably from the user holdable device proximal end and | The VirtueRF device comprises a releasably couplable deployable needle module mechanically separatably from the user holdable device proximal end.<br><br><br>Source: https://www.cartessaaesthetics.com/virtuerf (accessed 7/27/2021) |
|---|---|
| including a needle assembly including a plurality of needles, | The VirtueRF device comprises a a needle assembly including a plurality of needles.<br><br><br>Source: https://youtu.be/0bfEkkDn-JQ at 0:30 (accessed 7/27/2021) |

15 of 22

| the needle assembly movable within the releasably couplable deployable needle module to extend the plurality of needles from the releasably couplable deployable needle assembly end surface | The VirtueRF device comprises a needle assembly movable within the releasably couplable deployable needle module to extend the plurality of needles from the releasably couplable deployable needle assembly end surface.  Needles not extended.    Needles extended. Source:  https://www.cartessaaesthetics.com/virtuerf (accessed 7/27/2021)  Source:  https://www.youtube.com/watch?v=IBBVFxkRn3M at 0:13–0:17 (accessed 7/27/2021) |

| | |
|---|---|
| while at least one electrical contact of the needle assembly remains electrically coupled to at least one electrical contact of the user holdable device proximal end. | The VirtueRF device comprises at least one electrical contact of the needle assembly remains electrically coupled to at least one electrical contact of the user holdable device proximal end.<br><br><br><br>Source: https://www.cartessaaesthetics.com/virtuerf (accessed 7/27/2021) |

| Claim 13 | VirtueRF |
|---|---|
| 13.  The apparatus of claim 12, further including a motor coupled to the needle assembly to extend the plurality of needles a desired distance from the releasably couplable deployable needle assembly end surface when the motor is energized with a particular signal. | The VirtueRF device comprises the apparatus of claim 12, further including a motor coupled to the needle assembly to extend the plurality of needles a desired distance from the releasably couplable deployable needle assembly end surface when the motor is energized with a particular signal.<br><br>On information and belief, the VirtueRF device is constructed and operates in a manner similar to the Vivace device as pictured below which a motor coupled to the needle assembly to extend the plurality of needles a desired distance from the releasably couplable deployable needle assembly end surface when the motor is energized with a particular signal.<br><br><br>Source:  Internal analysis of Vivace device<br><br>From the SmartRF handpiece's *Robotic Precision Delivery* (*RPD*), to the exclusive post-treatment protocol, the comfort, results and unique experience your patients can expect from VirtueRF microneedling are unmatched. The 36 gold-coated needles of the Smart RF are precisely delivered at a specified depth to provide immediate results with continued improvement over time and a virtually painfree, zero social downtime treatment.<br>Source:  https://www.cartessaaesthetics.com/virtuerf (accessed 7/27/2021) |

| Claim 14 | VirtueRF |
|---|---|
| 14.  The apparatus of claim 13, further including a signal generator electrically coupled to the user holdable device proximal end to energize the plurality of needles. | The VirtueRF device comprises the apparatus of claim 13, further including a signal generator electrically coupled to the user holdable device proximal end to energize the plurality of needles.<br><br><br><br>Source:  https://www.cartessaaesthetics.com/virtuerf (accessed 7/27/2021) |

| Claim 15 | VirtueRF |
|---|---|
| 15. The apparatus of claim 14, wherein the user holdable device proximal end includes an electrical connector couplable to the signal generator. | The VirtueRF device comprises the apparatus of claim 14, wherein the user holdable device proximal end includes an electrical connector couplable to the signal generator.<br><br><br><br>Source: https://www.cartessaaesthetics.com/virtuerf (accessed 7/27/2021) |

| Claim 17 | VirtueRF |
|---|---|
| 17.  The apparatus of claim 12, wherein the user holdable device proximal end further includes at least one embedded LED therein and the apparatus further including a photonic signal generator electrically coupled to the least one embedded LED, the at least one embedded LED capable of illuminating the needle assembly when energized. | The VirtueRF device comprises apparatus of claim 12, wherein the user holdable device proximal end further includes at least one embedded LED therein and the apparatus further including a photonic signal generator electrically coupled to the least one embedded LED, the at least one embedded LED capable of illuminating the needle assembly when energized.<br><br><br><br>Source:  https://www.cartessaaesthetics.com/virtuerf (accessed 7/27/2021) |



Source:  https://youtu.be/0bfEkkDn-JQ at 0:29 (accessed 7/27/2021)

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner.  Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.